IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEOU HONG, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 10-5889 |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 21st day of March 2012, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa (Doc. No. 14), Plaintiff Peou Hong's Objections to the Report and Recommendation (Doc. No. 15), and the Commissioner's Response (Doc. No. 16), and after an independent review of the pertinent record and for the reasons stated in the Opinion of the Court filed this day, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. Plaintiff's Request for Review is **DENIED**.

3. Judgment is **ENTERED** in favor of Defendant Commissioner of Social Security and against Plaintiff Peou Hong.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.